IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT PECK, JR.,<br><br>                      Petitioner,<br><br>                      vs.<br><br>JOE A. LIZARRAGA, Warden, Mule Creek State Prison,<br><br>                      Respondent. | No. 2:13-cv-01265-JKS<br><br>ORDER<br>[Re: Motions at Docket Nos. 35, 36, 37] |

       This Court denied Robert Charles Peck, Jr., a state prisoner proceeding *pro se*, habeas relief and a certificate of appealability ("COA") on December 15, 2014. Docket Nos. 33, 34. At Docket No. 38, Peck filed a timely notice of appeal dated December 23, 2014, and received by this Court on December 29, 2014. Peck simultaneously filed a motion for an extension of time to file a request for a COA with the Ninth Circuit Court of Appeals. Docket No 37. This Court lacks the authority to extend the time to file such a request with that court. *See* FED. R. APP. P. 22(b)(1). Nonetheless, the records before this Court indicate that Peck filed with this Court a motion for a COA dated January 13, 2015. Docket No. 35. His COA motion was therefore timely under Ninth Circuit Rule 22-1(d) even without an extension of time. *See* 9TH CIR. R. 22-1(d) ("If the district court denies a COA as to all issues, petitioner may file a motion for a COA in the court of appeals within 35 days of the district court's entry of its order . . . ."). Because this Court has already denied Peck a COA, however, it appears that Peck inadvertently filed his motion with this Court rather than the Court of Appeals.

Peck also moves for leave to appeal *in forma pauperis* from this Court's order denying his habeas petition. Docket No. 36. Such motion is unnecessary as there is no filing fee required for a state prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254 where the district court has denied a COA in full. *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).

**IT IS THEREFORE ORDERED THAT** the motions for an extension of time and for leave to appeal *in forma pauperis*, filed at Docket Nos. 36 and 37, are **DENIED** as moot.

**IT IS FURTHER ORDERED THAT** the Clerk of Court is directed to transfer Peck's Motion for a Certificate of Appealability at Docket No. 35 to the Ninth Circuit Court of Appeals.

Dated: February 5, 2015.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge